UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
                                                            :

UNITED STATES OF AMERICA            :

                                                            :    **ORDER**

        -against-                           :

                                                       :    21 Cr. 551(AKH)

Abdelrahman Seweid,                     :

                        Defendant.   :
-------------------------------------------------------x

ALVIN K. HELLERSTEIN, U.S.D.J.:

        The following documents shall be unsealed: the Information, ECF No. 22; the minute entry for proceedings held before Magistrate Judge Stewart D. Aaron on September 7, 2021; and the March 30, 2023, order approving the plea.

        SO ORDERED.

Dated:     April 10, 2023
             New York, New York

                                                         _Alvin K. Hellerstein_
                                                         ALVIN K. HELLERSTEIN
                                                          United States District Judge