UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

UNITED STATES OF AMERICA

**ORDER**

-against-

21 Cr. 551(AKH)

Abdelrahman Seweid,

Defendant.
------------------------------------x

ALVIN K. HELLERSTEIN, U.S.D.J.:

This order amends my unsealing order dated April 10, 2023.

The following documents shall be unsealed: the (S1) Information; the minute entry for proceedings held before Magistrate Judge Stewart D. Aaron on September 7, 2021; and the March 30, 2023, order approving the plea.

SO ORDERED.

Dated: April 12, 2023
New York, New York

                                                Alvin K. Hellerstein
                                         ALVIN K. HELLERSTEIN
                                         United States District Judge