UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
                                      :

UNITED STATES OF AMERICA        :

                                      :      **ORDER**

                                      :

         -against-               :

                                      :      21 Cr. 551(AKH)

Abdelrahman Seweid,             :

                                      :

                     Defendant.    :
----------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

        This order amends my unsealing order dated April 10, 2023, and my earlier order from April 12, 2023.

        The following documents shall be unsealed: the (S1) Information; the minute entry for the guilty plea; and the order approving the plea.

        SO ORDERED.

Dated:     April 12, 2023
             New York, New York

                                                            _Alvin K. Hellerstein_
                                                            ALVIN K. HELLERSTEIN
                                                            United States District Judge